**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

| | |
|---|---|
| DEBRA GRIFFIN and JOY GARDNER, on Behalf of Themselves and a Class of Persons Similarly Situated, | Case Number: 2:10-cv-10610 |
| | Paul D. Borman |
| | United States District Judge |
| Plaintiffs, | Mona K. Majzoub |
| | United States Magistrate Judge |
| v. | |
| FLAGSTAR BANCORP, INC.; REBECCA A. LUCCI; ERIN ENGLAND; JOHN DOES 1-10, AND; RICHARD ROES 1-20, | |
| Defendants. | |
| _____/ | |

## ORDER STRIKING PARTIES' SUPPLEMENTAL ARGUMENT BUT ACCEPTING THE ADDITIONAL CASES SUBMITTED

On January 26, 2011, Defendants submitted supplemental authority in support of their motion to dismiss. This consisted of three pages of argument and two recent cases attached as exhibits. (Dkt. No. 22.) On January 27, 2011, Plaintiffs filed a motion for leave to file a response to Defendants' supplemental briefing. (Dkt. No. 23.) The Court STRIKES Defendants' supplemental briefing to the extent that it presents new arguments. The Court will, however, take notice of the cases attached to the brief. At the same time, the Court DENIES Plaintiffs leave to file additional arguments responding to Defendants' supplemental brief.

SO ORDERED.

S/Paul D. Borman
PAUL D. BORMAN
UNITED STATES DISTRICT JUDGE

Dated: January 28, 2011

1

CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys of record by electronic means or U.S. Mail on January 28, 2011.

                                                S/Denise Goodine
                                                Case Manager